IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WAUSAU BUSINESS INSURANCE
COMPANY,

        Plaintiff,                                ORDER

and                                                         10-cv-284-wmc

DEBRA K. DAHLBERG,

        Involuntary Plaintiff,

   v.

HILL-ROM COMPANY, INC.,

        Defendant.

---

In anticipation of the upcoming trial, the court sets forth the following deadlines and guidelines on pre-trial submissions:

1) On or before Thursday, November 10, 2011 the parties shall provide opposing counsel and the court:

   a) Rule 26(a)(3) disclosures.

   b) Motions in limine.

   c) A short, written narrative statement of each expert's background and experience. These statements will be read to the jury and no proof will be received on the matters covered unless an objection to the narrative statement is filed.

2) On or before Wednesday, November 16, 2011, the parties shall provide opposing counsel and the court:

   a) Exhibit lists, using the form on the court's website. Any exhibits not listed shall be excluded from admission into evidence except upon good cause shown.

   b) A list of portions of depositions, to be offered into evidence at trial, by page and line references for witnesses unavailable at trial. Extensive reading from depositions is strongly discouraged. Toward that end, the

proponent of a deposition may -- though is not required to -- prepare a written narrative summary of some or all deposition transcripts the party intends to offer into evidence, with annotated page and line references in parenthesis after each sentence, in lieu of part or all of the narrative of questions and answers.

   c) Additional voir dire questions.

   d) Proposed verdict forms.

   e) Proposed jury instructions, including the brief ordered above.

   f) In addition to electronically filing voir dire questions, verdict forms and jury instructions, please submit to the court an electronic copy of each in Microsoft Word format to wiwd_wmc@wiwd.uscourts.gov.

3) On or before Wednesday, November 23, 2011, the parties shall provide opposing counsel and the court:

   a) Responses to motions in limine.

   b) Objections to exhibits.

   c) Responses to opposing parties' voir dire questions, verdict forms, and jury instructions.

   d) Objections and counter designations to proffered deposition designations.

4) Counsel are directed to consult in good faith and reach resolution on the admissibility of exhibits to the extent possible. Each party shall file copies of any *contested* exhibits they intend to offer with the court by 12:00 p.m. on Friday, December 2, 2011.

5) The final pre-trial conference shall be held on Tuesday, December 6, 2011 at 4:00 p.m.

6) The trial shall commence Monday, December 12, 2011 at 9:00 a.m. The parties shall meet with the court at 8:30 a.m. that morning for any matters that need to be brought to the court's attention.

Entered this 2nd day of November, 2011.

BY THE COURT:
/s/

_____
WILLIAM M. CONLEY
District Judge