IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WAUSAU BUSINESS INSURANCE
COMPANY,

          Plaintiff,                                   ORDER

and                                                          10-cv-284-wmc

DEBRA K. DAHLBERG,

          Involuntary Plaintiff,
  v.

HILL-ROM COMPANY, INC.,

          Defendant.

---

The court is in receipt of plaintiff Wausau Business Insurance Company's motion to reopen the case for purposes of settlement approval pursuant to Wis. Stat. § 102.29(1). (Dkt. #57.) In light of this motion, the court establishes the following schedule:

    1) On or before January 13, 2012, plaintiff Wausau Business Insurance Company shall file a fully executed settlement agreement *or*, if no such agreement is reached by that time, its proposed plan, along with any supporting materials;

    2) On or before January 23, 2012, absent agreement, involuntary plaintiff Debra K. Dahlberg shall file her proposed, alternative plan, along with any supporting materials;

Once in receipt of the parties' submissions, the court will determine how best to proceed with respect to reopening this matter and consideration of the parties' agreement or competing plans.

Entered this 3rd day of January, 2012.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge
