IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAUSAU BUSINESS INSURANCE COMPANY,

    Plaintiff,

and

DEBRA K. DAHLBERG,

    Involuntary Plaintiff,

v.

HILL-ROM COMPANY, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-284-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that plaintiff Wausau Business Insurance Company is awarded attorneys' fees and costs in the amount of $99,050.43.

    IT IS FURTHER ORDERED AND ADJUDGED that involuntary plaintiff Debra K. Dahlberg is awarded attorneys' fees and costs in the amount of $68,044.09.

_Peter Oppeneer_      8/27/12
Peter Oppeneer, Clerk of Court      Date