IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAUSAU BUSINESS INSURANCE COMPANY,

    Plaintiff,

and

DEBRA K. DAHLBERG,

    Involuntary Plaintiff,

v.

HILL-ROM COMPANY, INC.,

    Defendant.

AMENDED JUDGMENT

Case No. 10-cv-284-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that plaintiff Wausau Business Insurance Company is awarded attorneys' fees and costs in the amount of $102,050.43.

IT IS FURTHER ORDERED AND ADJUDGED that involuntary plaintiff Debra K. Dahlberg is awarded attorneys' fees and costs in the amount of $68,044.09.

_____       10/30/12
Peter Oppeneer, Clerk of Court             Date